UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JULIE CHUNG,<br><br>        Petitioner, | Case No. 20-mc-80157-JCS<br><br>**ORDER TO SHOW CAUSE WHY REQUEST FOR ORDER TO MODIFY BIRTHDATE SHOULD NOT BE GRANTED** |

On September 17, 2020, Petitioner Julie Chung filed a Petition for Amendment of Naturalization Certificate. Chung asks the Court to correct the year of birth on her Naturalization Certificate, from July 17, 1962 to August 28, 1959. The United States Customs and Immigration Service ("USCIS") is HEREBYORDERED TO SHOW CAUSE why the Petition should not be granted. USCIS's response to this Order to Show Cause shall be filed no later than November 13, 2020. Petitioner may file a reply by no later than December 18, 2020. It is FURTHER ORDERED that Chung shall serve a copy of this Order on USCIS by no later than October 16, 2020 and shall file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: October 8, 2020

_____
JOSEPH C. SPERO
Chief Magistrate Judge