UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CHUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | Case No. 20-mc-80157-JCS<br><br>**ORDER GRANTING PETITION FOR AMENDMENT OF NATURALIZATION CERTIFICATE** |

On September 17, 2020, Petitioner Julie Chung filed a petition asking the Court to amend her naturalization certificate, issued on October 13, 1987, to reflect her true date of birth. Dkt. 1. On November 20, 2020, Respondent United States Citizenship and Immigration Service ("USCIS") filed a statement of non-opposition. Dkt. 9. All parties have consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c). Dkt. 3, 6. The Court has subject matter jurisdiction to amend Petitioner's naturalization certificate because it was issued before October 1, 1991. *See Trinh v. United States Citizenship and Immigration Services*, No. 14-mc-80337-MEJ, 2015 WL 2088766, at *2-3 (N.D. Cal. May 5, 2015) ("[C]ourts retain jurisdiction to amend judicial naturalization certificates issued before October 1, 1991"). Accordingly, the Court GRANTS Petitioner's petition to amend her naturalization certificate to reflect her true date of birth – August 28, 1959. The Court directs Petitioner to Paragraph 3 of USCIS's non-opposition (Dkt. 9) for further direction as to how she may obtain a corrected naturalization certificate from USCIS. The Clerk shall close the file of this case.

**IT IS SO ORDERED.**

Dated: December 2, 2020

JOSEPH C. SPERO
Chief Magistrate Judge